IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Brian Lee Dodgens, | ) | C/A No. 0:18-3101-RMG |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Captain Marvin Nix; Bob Hoxic; Johanne Hollingsworth; David John Mullner; John Abacrumby, | ) | |
| Defendants. | ) | |

Plaintiff Brian Lee Dodgens, a *pro se* state pretrial detainee, filed this civil rights action. By orders dated January 11, 2019, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process, and to correct deficiencies in his pleading. (Dkt. Nos. 7, 8.) However, Plaintiff did not receive the orders, as they were returned to the court as undeliverable mail, indicating that Plaintiff was "not known." (Dkt. No. 10-1 at 1.) Plaintiff has not provided the court with a new address at which he receives mail or any other means of contacting him, and the record indicates no attempt by Plaintiff to contact the court since filing the Complaint. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

Richard M. Gergel
United States District Judge

February 26, 2019
Charleston, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.